IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROSIA TORREY | § | PLAINTIFF |
| | § | |
| v. | § | CAUSE NO. 1:06CV576 LG-RHW |
| | § | |
| NORTHRUP GRUMMAN | § | |
| SHIP SYSTEMS, INC. | § | DEFENDANT |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND TO COMPEL ARBITRATION

THE MATTER BEFORE THE COURT is the Motion to Dismiss and to Compel Arbitration [17] filed by Northrup Grumman Ship Systems, Inc. on May 11, 2007. The Plaintiff has not filed a response in opposition to the Motion, nor has she requested an extension of time to do so. The Court therefore finds it appropriate to grant Defendant's Motion as unopposed pursuant to Rule 7.2(C)(2) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion to Dismiss and to Compel Arbitration [17] filed by Northrup Grumman Ship Systems, Inc. is **GRANTED** as unopposed.

**IT IS FURTHER ORDERED AND ADJUDGED** that the claims asserted against the Defendant in this case must be submitted to binding arbitration. Plaintiff may take no further action in regard to those claims against the Defendant outside of arbitration.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's claims against the Defendant are **DISMISSED.**

**SO ORDERED AND ADJUDGED** this the 4th day of June, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE